UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

JOSHUA SNIDER,

        Plaintiff,                    Case No. 1:25-cv-1164

v.                                           Honorable Ray Kent

UNKNOWN TROWBIGD et al.,

        Defendants.
_____/

## JUDGMENT

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

Dated:  November 3, 2025               /s/ Ray Kent
                                                   Ray Kent
                                                   United States Magistrate Judge